FILED

01/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0392

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0392

_____

THE ASSOCIATED PRESS, THE BILLINGS
GAZETTE, THE BOZEMAN DAILY
CHRONICLE, THE HELENA INDEPENDENT
RECORD, THE MISSOULIAN, THE
MONTANA STANDARD, MONTANA FREE
PRESS, THE RAVALLI REPUBLIC, LEE
ENTERPRISES, HAGADONE MEDIA
MONTANA, THE MONTANA
BROADCASTERS ASSOCIATION, and THE
MONTANA NEWSPAPER ASSOCIATION.

       Petitioners and Appellants,

   v.

BARRY USHER in his capacity as Chair
of the Montana House of Representatives,
Judiciary Committee,

       Respondent and Appellee

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 12 2022